UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LUDVIK BLUMENBLATT,
Debtor-Appellant,

-v-

WATERSIDE PROPCO LLC,
Appellee.

26-CV-7164 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On August 26, 2026, this Court adopted the briefing schedule provided in Rule 8018 of the Federal Rules of Bankruptcy Procedures. (ECF No. 4.) Under that Rule, the appellant "must serve and file a brief within 30 days after the docketing of notice that the record has been sent or that it is available electronically." Fed. R. Bankr. P. 8018(a)(1).

A Notice of Record of Appeal Availability (Completion) was docketed on September 24, 2026. (ECF No. 7.) Accordingly, Appellant Robert Ludvik Blumenblatt's deadline to serve and file his brief was October 26, 2026. No brief has been filed or served to date.

Because Appellant is *pro se*, the Court *sua sponte* extends his deadline to serve and file his brief until December 4, 2026. If Appellant does not serve and file his brief by that date, the Court may enter an order to show cause why the appeal should not be dismissed for failure to prosecute. *See* Fed. R. Bankr. P. 8018(a)(4).

SO ORDERED.

Dated: November 2, 2026
New York, New York

J. PAUL OETKEN
United States District Judge